*pauperis,* denied. *Mr. Samuel E. Cook* for petitioner.

No. 740. United States ex rel. Karpathiou *v.* Schlotfeldt, District Director of Immigration and Naturalization. April 1, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied for the reason that application therefor was not made within the time provided by law. § 8(a), Act of February 13, 1925 (43 Stat. 936, 940). *Mr. George E. Dierssen* for petitioner. *Solicitor General Biddle, Assistant Attorney General Rogge,* and *Messrs. William W. Barron* and *W. Marvin Smith* for respondent.

No. 754. Landay *v.* United States;
No. 755. Lane *v.* Same;
No. 756. Attix *v.* Same; and
No. 757. Brown *v.* Same. April 1, 1940. Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. Mr. Justice Douglas took no part in the consideration and decision of this application. *Messrs. Edward N. Barnard* and *William G. Comb* for petitioners. *Solicitor General Biddle, Assistant Attorney General Rogge,* and *Messrs. William W. Barron, J. Albert Woll, M. Joseph Matan,* and *William J. Connor* for the United States.

No. 714. Cuban-American Sugar Co. *v.* United States. April 1, 1940. Petition for writ of certiorari to the Court of Claims denied. *Messrs. David A. Buckley, Jr., Jacob H. Gilbert, Harvey L. Rabbitt,* and *Loring M. Black;* and *Susan Brandeis* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and

682

*Messrs. Sewall Key* and *Arnold Raum* for the United States.

No. 760. AMERICAN EMPLOYERS' INSURANCE CO. *v.* WILLIAMS. April 1, 1940. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Mr. Frank H. Myers* for petitioner.

No. 762. BALTIMORE & OHIO RAILROAD CO. *v.* RADER. April 1, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Edward W. Rawlins* and *James F. Wright* for petitioner. *Messrs. Joseph D. Ryan* and *V. Russell Donaghy* for respondent:

No. 763. GENERAL MOTORS ACCEPTANCE CORP. *v.* COLLER, TRUSTEE IN BANKRUPTCY. April 1, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. John Thomas Smith* for petitioner.

No. 764. POLAND UNION *v.* FIRST NATIONAL BANK OF HERKIMER ET AL. April 1, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Leonard W. Ferris* and *Edward L. Smith* for petitioner. *Mr. James P. O'Donnell* for respondents.

No. 766. BOESCH MANUFACTURING CO. ET AL. *v.* UNITED STATES HAT MACHINERY CORP. April 1, 1940.